DANIEL MALAKAUSKAS, *Cal. Bar. No.:265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
Email: daniel@malakauskas.com

*Attorney for Plaintiff*: **Meryl Pomponio**

RYAN PAUL TISH, *Cal. Bar No.:274284*
KENNETH P. ROBERTS APLC
6355 Topanga Canyon Boulevard, Suite 403
Woodland Hills, CA 91367
Tel: 818-888-3553 / Fax: 818-888-2686
Email: RTish@KPRLawInc.com

*Attorney for Defendant*: **RADC Enterprises, Inc.**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **MERYL POMPONIO**, <br><br> Plaintiff, <br><br> v. <br><br> **RADC ENTERPRISES, INC.,** as an entity and doing business as "Shell", **HUMBURG INVESTMENTS, LLC,** and **DOES** 1-50, Inclusive, <br><br> Defendants. | Case No.: 4:21-cv-02824-DMR <br><br> **STIPULATED DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  The parties shall bear their own costs

and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Date: July 10th, 2021                                        /s/Daniel Malakauskas_____
                                                             By: Daniel Malakauskas, of,
                                                             MALAKAUSKAS LAW, APC,
                                                             Attorney for Plaintiff

Date: July 10th, 2021                                        /s/Raul Paul Tish_____
                                                             By: Raul Paul Tish, of,
                                                             KENNETH P. ROBERTS APLC,
                                                             Attorney for Defendant: ***RADC Enterprises, Inc.***